UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31902 |
|---|---|
| DAVID N PAUGH | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089258**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 38 | MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 4.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2011

|  |  |  |
|---|---|---|
|  | Certificate of Service | 08-31902 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| DAVID N PAUGH | JEFFREY P ALBERT | (41.1n) |
| 600 WHITE CLOVER CIRCLE | 4403 N MAIN ST | DENNIS M OSTROWSKI |
| CLAYTON, OH  45315 | DAYTON, OH  45405 | % MAPOTHER & MAPOTHER |
|  |  | 801 W JEFFERSON ST |
|  |  | LOUISVILLE, KY  40202 |

| (36.1n) | (38.1) | (35.1n) |
| GREGORY A STOUT | MIAMI VALLEY HOSPITAL | STEVEN H PATTERSON |
| 801 WEST JEFFERSON STREET | % CITY CREDITS COMPANY AGENT | LERNER SAMPSON & ROTHFUSS |
| LOUISVILLE, KY  40202 | 3077 KETTERING BLVD SUITE 109 | BOX 5480 |
|  | MORAINE, OH  45439 | CINCINNATI, OH  45201-5480 |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv

0831902_42_20110726_0846_278/T317_sv
###